IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LOUIS WEBSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-3067-KLM |
| | ) | |
| ILLINOIS STATE POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES Defendant, ILLINOIS STATE POLICE, by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, and in response to the Court's Order to Show Cause, stating as follows:

1. On August 28, 2024, the Court noted that an appearance had been entered by the undersigned for Clint Cowling and Tony Davis that indicated their status of "defendants."

2. Upon review of the docket and filing in this matter, the undersigned acknowledges that neither Clint Cowling nor Tony Davis are parties to this matter. They were represented for depositions, but no appearance should have been entered on the Court docket. The entry of appearance was done by mistake.

3. Defendant agrees that the appearance of Cowling and Davis should be struck.

Respectfully submitted,

ILLINOIS STATE POLICE,

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant

>       By:   /s/Robert Hogue
>             Robert Hogue #6318000
>             Assistant Attorney General
>             500 South Second Street
>             Springfield, Illinois 62701
>             (217) 782-5819 Phone
>             Robert.hogue@ilag.gov

## CERTIFICATE OF SERVICE

Robert Hogue, Assistant Attorney General, herein certifies that he has served a copy of the foregoing *Response to Order to Show Cause* upon:

> John A. Baker
> Baker, Baker & Krajewski, LLC
> 415 South Seventh Street
> Springfield, Illinois  62701
> jab@bbklegal.com

via email on September 5, 2024.

>       /s/ Robert Hogue
>       Robert Hogue - Assistant Attorney General