IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LOUIS WEBSTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS STATE POLICE, )<br>)<br>Defendant. ) | Case No. 20-cv-3067-KLM |

## PLAINTIFF'S EXHIBIT LIST

| Presiding Judge<br><br>Hon. Eric Long | Plaintiff's Counsel<br><br>John A. Baker | Defendant's Counsel<br><br>Robert Hogue |
|---|---|---|
| **Trial Dates**<br><br>February 10-13, 2025 | **Court Reporter** | **Courtroom Deputy** |

| No. | Description | Authentication Waived | Objection Grounds | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1 | Employee Action Plan issued to Tony Webster dated January 24, 2019 | | | | |
| 2 | Group Exhibit of documents related to Employee Action Plan (January-March 2019) | | | | |
| 3 | Email correspondence from Sherise Gipson to Tony Webster dated January 25, 2019 | | | | |
| 4 | Complaint Against Department Member (w/ supplements) filed by Captain Gembara against Webster | | | | |
| 5 | Email from Gembara to Gipson dated March 1, 2019 | | | | |

# Exhibit D

| | | | | | |
|---|---|---|---|---|---|
| 6 | Email from Gipson to Gembara dated March 6, 2019 | | | | |
| 7 | Notification of 15 day suspension issued to Webster on July 22, 2019 | | | | |
| 8 | Memorandum reflecting official disciplinary action dated July 22, 2019 | | | | |
| 9 | Letter of Reprimand issued July 23, 2019 | | | | |
| 10 | 2017 Ratings of Tony Webster | | | | |
| 11 | 2018 Ratings of Tony Webster (w/ Challenges) | | | | |
| 12 | 2018 Ratings of Tony Webster (w/out Challenges) | | | | |
| 13 | Webster May 7, 2018, discrimination complaint | | | | |
| 14 | Job description of SOCOM Administrative Officer | | | | |
| 15 | Rules of Conduct ROC-002 | | | | |
| 16 | ISP PER-030 | | | | |
| 17 | ISP PER-032 | | | | |
| 18 | 20 ILCS 2610/10 | | | | |

# Exhibit D