E-FILED
Tuesday, 21 January, 2025  01:01:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LOUIS WEBSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  20-cv-3067-EIL |
| | ) | |
| ILLINOIS STATE POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATIONS AS TO OBJECTIONS REGARDING
THE FOUNDATION OF EXHIBITS**

The parties have reviewed each other's exhibit lists and each of the specific exhibits. Following that review, the parties make the following stipulation.

1.  The parties agree that they will not raise any foundational or authenticity issues at trial with one exception. The Illinois State Police reserves the right to challenge, on foundation/authenticity grounds, Webster's Exhibit 13.

2.  Through this stipulation the parties seek to retain to make non-foundational objections during the trial. For example, the parties would not waive hearsay or relevancy arguments at this point and would reserve the right to make those objections depending upon how exhibits are being used at trial.

Respectfully submitted,

/s/ John A. Baker
John A. Baker
Attorney for Plaintiff
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
T:  (217) 522-3445
F:  (217) 522-8234
E:  jab@bbklegal.com

1

Illinois State Police

<u>/s/ Robert Hogue (with consent)</u>
Robert Hogue
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
T:  (217) 782-5819
F:  (217) 524-5091
E:  <u>Robert.hogue@ilag.gov</u>