## Verdict Form

We, the jury, find as follows:

1. As to Plaintiff's claim that he was placed on an EAP because of his discrimination complaint, we find in favor of:

   Plaintiff: ✓   Defendant: ____
   (Choose One)

2. As to Plaintiff's claim that he received a negative performance evaluation because of his discrimination complaint, we find in favor of:

   Plaintiff: ✓   Defendant: ____
   (Choose One)

3. As to Plaintiff's claim that he was suspended because of his discrimination complaint, we find in favor of:

   Plaintiff: ✓   Defendant: ____
   (Choose One)

4. As to Plaintiff's claim that he received a letter of reprimand because of his discrimination complaint, we find in favor of:

   Plaintiff: ✓   Defendant: ____
   (Choose One)

*If you find for Defendant, sign this form and do not answer the other questions. If you find in Plaintiff's favor, answer the following question.*

What amount would fairly compensate Plaintiff for the mental or emotional pain he experienced as a result of the actions of the Defendant?

Answer: $ 2.75 million

Sign, date, and return this Verdict Form.

Dated this 12 day of February, 2025.



s/ Foreperson
_____
Foreperson

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____