Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Louis Webster,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case Number: 20-3067 |
| | ) |
| **Illinois State Police, Clint Cowling,** | ) |
| **And Tony Davis,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict in favor of Plaintiff, Louis Webster in the amount of Two Million Seven Hundred Fifty Thousand Dollars ($2,750,000.00).

☐ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

On 9/9/2024, Defendants Clint Cowling and Tony Davis were terminated pursuant to the filing of the Amended Complaint filed 9/14/2020, d/e [11].

**Dated: 2/14/2025**

                                                                              s/ Shig Yasunaga
                                                                              Shig Yasunaga
                                                                              Clerk, U.S. District Court