# LEXITAS

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194354 | 3/30/2023 | 140546 |

| Job Date | Case No. |
|---|---|
| 3/3/2023 | 203067SEMKLM |

| Case Name |
|---|
| Louis Webster v Illinois State Police |

| Payment Terms |
|---|
| Due upon receipt |

John A Baker
Baker Baker & Krajewski
415 South Seventh Street
Springfield, IL 62701

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Louis Webster                                                              605.00

                                                      TOTAL DUE  >>>        $605.00

Location of Job   : Baker Baker & Krajewski
                    415 South Seventh Street
                    Springfield, IL 62701

af

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

John A Baker
Baker Baker & Krajewski
415 South Seventh Street
Springfield, IL 62701

Invoice No.   : 194354
Invoice Date  : 3/30/2023
**Total Due**   : **$614.08**

Remit To: **Lexitas**
          **PO Box 734298**
          **Dept. 2023**
          **Dallas, TX 75373-4298**

Job No.    : 140546
BU ID      : Central IL
Case No.   : 203067SEMKLM
Case Name  : Louis Webster v Illinois State Police

# LEXITAS

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194354 | 3/30/2023 | 140546 |

| Job Date | Case No. |
|---|---|
| 3/3/2023 | 203067SEMKLM |

| Case Name |
|---|
| Louis Webster v Illinois State Police |

| Payment Terms |
|---|
| Due upon receipt |

John A Baker
Baker Baker & Krajewski
415 South Seventh Street
Springfield, IL 62701

---

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F.

We appreciate your business, and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 9.08 |
| (=) New Balance: | $614.08 |

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

John A Baker
Baker Baker & Krajewski
415 South Seventh Street
Springfield, IL 62701

Invoice No.  : 194354
Invoice Date : 3/30/2023
**Total Due**  : **$614.08**

Remit To: **Lexitas**
PO Box 734298
Dept. 2023
Dallas, TX 75373-4298

Job No.    : 140546
BU ID      : Central IL
Case No.   : 203067SEMKLM
Case Name  : Louis Webster v Illinois State Police



John A. Baker
Baker Baker & Krajewski LLC
415 South Seventh Street
Springfield, IL 62701

# Invoice #758697

| Date | Terms |
|---|---|
| 03/27/2023 | Due on receipt |

| Job #442883 on 03/20/2023 | | |

Case: Louis Webster vs. Illinois State Police
Case#: 20-cv-3067-SEM-TSH

| Description | Price | Amount |
|---|---|---|
| **Robert Gembara** | | |
| Court Reporter Late Cancellation Fee | $ 250.00 | $ 250.00 |
| | | $ 250.00 |

| | |
|---|---|
| Amount Due: | $ 250.00 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 250.00** |
| **Payment Due:** | **Upon Receipt** |

If paid after 04/26/2023 please pay this amount:     $ 275.00

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
(866) 715-7770 or email kim.linarte@advancedone.com

Quick and Easy Online Payment option: https://advancedone.com/bill-pay/

**Invoice #758697**

Click this link for our current W9:
https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9Vlp5vW/Advanced_One_W9.pdf



John A. Baker
Baker Baker & Krajewski LLC
415 South Seventh Street
Springfield, IL 62701

# Invoice #759478

| Date | Terms |
|---|---|
| 04/06/2023 | Due on receipt |

| Job #442882 on 03/21/2023 |
|---|

Case: Louis Webster vs. Illinois State Police
Case#: 20-cv-3067-SEM-TSH

| Description |
|---|
| Original Transcript of Bryan Pruitt |

Amount Due: $ 1,054.70
Paid: $ 0.00

| Balance Due: | $ 1,054.70 |
|---|---|
| Payment Due: | Upon Receipt |

If paid after 05/06/2023 please pay this amount:    $ 1,160.17

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
(866) 715-7770 or email kim.linarte@advancedone.com

Quick and Easy Online Payment option: https://advancedone.com/bill-pay/
Click this link for our current W9:
https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9Vlp5vW/Advanced_One_W9.pdf



John A. Baker
Baker Baker & Krajewski LLC
415 South Seventh Street
Springfield, IL 62701

# Invoice #759539

| Date | Terms |
|---|---|
| 04/06/2023 | Due on receipt |

Job #443152 on 03/27/2023

Case: Louis Webster vs. Illinois State Police
Case#: 20-cv-3067-SEM-TSH

| Description | | | | |
|---|---|---|---|---|
| **Original Transcript of Sgt. Clint Cowling** | | | | |

|  | Amount Due: | $ 692.00 |
|---|---|---|
|  | Paid: | $ 0.00 |
| | **Balance Due:** | **$ 692.00** |
| | **Payment Due:** | **Upon Receipt** |

If paid after 05/06/2023 please pay this amount:    $ 761.20

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
(866) 715-7770 or email kim.linarte@advancedone.com

Quick and Easy Online Payment option: https://advancedone.com/bill-pay/
Click this link for our current W9:
https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9VIp5vW/Advanced_One_W9.pdf



John A. Baker
Baker Baker & Krajewski LLC
415 South Seventh Street
Springfield, IL 62701

# Invoice #759877

| Date | Terms |
|---|---|
| 04/13/2023 | Due on receipt |

| Job #443601 on 03/31/2023 |
|---|

Case: Louis Webster vs. Illinois State Police
Case#: 20-cv-3067-SEM-TSH

| Description |
|---|
| Original Transcript of Robert Gembara |

Amount Due: $ 1,054.70
Paid: $ 0.00

| Balance Due: | $ 1,054.70 |
|---|---|
| Payment Due: | Upon Receipt |

If paid after 05/13/2023 please pay this amount: $ 1,160.17

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
(866) 715-7770 or email kim.linarte@advancedone.com

Quick and Easy Online Payment option: https://advancedone.com/bill-pay/
Click this link for our current W9:
https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9Vlp5vW/Advanced_One_W9.pdf



John A. Baker
Baker Baker & Krajewski LLC
415 South Seventh Street
Springfield, IL 62701

# Invoice #759879

| Date | Terms |
|---|---|
| 04/13/2023 | Due on receipt |

**Job #443153 on 03/30/2023**

Case: Louis Webster vs. Illinois State Police
Case#: 20-cv-3067-SEM-TSH

| Description | | | | |
|---|---|---|---|---|
| Original Transcript of Brandon Davis | | | | |

| | |
|---|---|
| Amount Due: | $ 692.00 |
| Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 692.00 |
| Payment Due: | Upon Receipt |

If paid after 05/13/2023 please pay this amount:     $ 761.20

We value you as a Partner and appreciate your business.

**AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers**

TAX ID # 46-4363191
Please make checks payable to:
AdvancedOne/Lexitas
PO Box 734298 Dept 2038
Dallas, TX 75373-4298
(866) 715-7770 or email kim.linarte@advancedone.com

Quick and Easy Online Payment option: https://advancedone.com/bill-pay/
Click this link for our current W9:
https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9Vlp5vW/Advanced_One_W9.pdf