IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LOUIS WEBSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-3067-EIL |
| | ) |
| ILLINOIS STATE POLICE, | ) |
| | ) |
| Defendant. | ) |

## MOTION PURSUANT TO FEDERAL RULE 59
## TO AMEND/ALTER JUDGMENT

In support of this motion, Louis Webster states as follows:

1. Before the trial of this matter, the Court entered a final pre-trial order. Doc. 60. That order provided that the issue of back pay and front pay were equitable in nature to be decided by the Court. *Id.* at 3. The order further provided that the parties would submit supplemental exhibit lists they intend to rely upon in making those arguments. *Id.* The order indicated that a hearing or briefing would be necessary to address this issue. *Id.*

2. The parties advised the Court that a complete resolution of this matter has been reached, and a written agreement is being prepared. Doc. 84. Webster is filing this motion merely to preserve the issue under Rule 59. As such, this motion requests that the parties be allowed to present evidence to amend the judgment consistent with Rule 59 and the final pre-trial order. The evidence he will present outlines the wages lost as a result of his performance rating being downgraded, the wages lost as a result of his suspension, and the future wages lost as a result of the retaliation found by the jury.

3. Webster is entitled to back pay and front pay and requests that this Court enter an order advising how the parties should proceed with this issue. In this respect, Webster asks the Court whether the parties should brief the issue and submit exhibits with their briefing or if the Court wants to hold an evidentiary hearing on these issues. If the Court prefers briefing, Webster requests that the Court enter an order setting a briefing schedule.

1

    4.  As noted above, the parties have requested that all proceedings in this matter be stayed until the parties can enter a written agreement. Webster requests that a determination on this motion be stayed as well.

    Wherefore, Louis Webster requests that this Court issue an order (after the stay has expired and if necessary) directing whether there will be an evidentiary hearing addressing the issue of equitable damages or if the Court prefers written briefing as to that issue. If the Court prefers written briefing, Webster asks that the Court enter a briefing schedule.

    Respectfully submitted,

    *Louis Webster*

/s/ John A. Baker
John A. Baker
Attorney for Plaintiff
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
T:  (217) 522-3445
F:  (217) 522-8234
E:  jab@bbklegal.com

## Certificate of Service

    This document was filed utilizing this Court's ECF system. A copy will automatically be sent to all counsel of record. No copies have been served via any alternative method of service.

/s/ John A. Baker
John A. Baker
Attorney for Plaintiff
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
T:  (217) 522-3445
F:  (217) 522-8234
E:  jab@bbklegal.com